```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION
```

JOHN H. WILSON and MARTHA
WILSON, HUSBAND and WIFE                                       PLAINTIFFS

        v.            Civil No. 05-1121

LINCARE, INC. d/b/a UNITED
MEDICAL, INC.                                                   DEFENDANTS

### O R D E R

Now on this 23d day of December, 2005, comes on for consideration plaintiff's **Objection To Removal** (document #2) and defendant's **Withdrawal Of Removal And Consent To Remand** (document #4), and, it appearing that the requisite dollar amount for diversity jurisdiction is not in controversy in this matter, the Court finds that it should be, and hereby is, **remanded to the Circuit Court of Columbia County, Arkansas.**

**IT IS SO ORDERED.**


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE